# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GANI VILA and
ALBANIAN TV OF AMERICA, INC.,
a Michigan Corporation,   Case No. 2:24-CV-11519-EAS

    Plaintiffs,   Mag. Elizabeth A. Stafford

v.   **STIPULATION TO DISMISS**

ARIAN ASIMI,

    Defendant.
_____/

| | |
|---|---|
| TURFE LAW, PLLC | THE ZALEWSKI LAW FIRM |
| EDWARD M. TURFE (P51228) | PAUL J. ZALEWSKI (P61693) |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| 290 Town Center Drive, Suite 420K | 29199 Ryan Road |
| Dearborn, Michigan  48126 | Warren, MI 48092 |
| (313) 730-0300 | (586) 573-8900 |
| edturfe@turfelaw.com | ZalewskiLegal@gmail.com |

_____/

## STIPULATION TO DISMISS

Now come the parties, Plaintiffs, GANI VILA and ALBANIAN TV OF AMERICAN, INC. and Defendant ARIAN ASIMI, by and through their respective attorneys, and hereby stipulate that the above captioned case and all claims set forth in pleadings filed in this action be, and they hereby are, dismissed with prejudice and without costs.

Respectfully submitted,

TURFE LAW, PLLC

Dated: November 14, 2024       By:   /s/ Edward M. Turfe
                                                   EDWARD M. TURFE (P51228)
*Attorney for Plaintiffs*
(313) 730-0300
edturfe@turfelaw.com

THE ZALEWSKI LAW FIRM

By:   /s/ Paul J. Zalewski
      PAUL J. ZALEWSKI (P61693)
Attorney for Defendant
(586) 573-8900

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GANI VILA and
ALBANIAN TV OF AMERICA, INC.,
a Michigan Corporation,                    Case No. 2:24-CV-11519-EAS

    Plaintiffs,                           Mag. Elizabeth A. Stafford

v.                                         **ORDER TO DISMISS**

ARIAN ASIMI,

    Defendant.
_____/

| | |
|---|---|
| TURFE LAW, PLLC | THE ZALEWSKI LAW FIRM |
| EDWARD M. TURFE (P51228) | PAUL J. ZALEWSKI (P61693) |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| 290 Town Center Drive, Suite 420K | 29199 Ryan Road |
| Dearborn, Michigan  48126 | Warren, MI 48092 |
| (313) 730-0300 | (586) 573-8900 |
| edturfe@turfelaw.com | ZalewskiLegal@gmail.com |

_____/

## **ORDER TO DISMISS**

    Based on the stipulation of the parties, by and between their respective counsel, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' Complaint all claims set forth in pleadings filed in this action be, and they hereby are, dismissed with prejudice and without costs.

Date: 11/18/2024                    s/Elizabeth A. Stafford
                                    **U.S. MAGISTRATE JUDGE**